UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : **CHAPTER 11** |
| **MARC SMITH,** | : |
| | : **BANKRUPTCY NO. 13-15239-JKF** |
| **DEBTOR.** | : |
| **WM CAPITAL PARTNERS XXXIV, LLC,** | : |
| Plaintiff, | : |
| Vs. | : **ADV. CASE No. 13-00499** |
| **MARC SMITH,** | : |
| Defendant. | : |

## CERTIFICATE OF NO OBJECTION

I, Adrienne N. Anderson, Esquire, of Ciardi Ciardi & Astin, hereby certify that:

1. On February 11, 2014, the Debtor filed Motion for Approval of Settlement with WM Capital Partners XXXIV, LLC Pursuant to Fed.R.Bank.P. 9019, Docket Item #152.

2. On February 11, 2014, the Debtor filed a Notice of Motion, Docket Item #153. A copy of said Motion and Notice of Motion was served upon all Rule 2002 Parties as evidenced by the Certificate of Service filed on February 11, 2014 [Docket No #153].

3. On February 11, 2014, a copy of said Notice of Motion was served upon all creditors as evidenced by the Certificate of Service filed on February 11, 2014, Docket Item # 153.

4. More than fourteen (14) days have expired since the service of the Motion. The undersigned certifies that I have reviewed the Court's docket in this case and no other answer, objection, other responsive pleading has been filed with the Clerk of the United States Bankruptcy Court or served upon Counsel for the Debtor as of the date of this Certification.

**WHEREFORE**, Ciardi Ciardi & Astin, as Counsel for the Debtor respectfully requests that the Order Approving the Motion be entered at the earliest convenience of the Court.

Respectfully submitted,

Dated: March 10, 2014

By:/s/ *Adrienne N. Anderson*
Adrienne N. Anderson, Esquire