UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| MARC SMITH | : |
| | : |
| DEBTOR | : BKY. NO. 13-15239-jkf |

## CERTIFICATE OF SERVICE

I, Edward J. DiDonato, Esquire, hereby certify that on November 10, 2016, service of the following was made by regular, postage prepaid mail upon George Conway, Esquire of the Office of the United States Trustee: (1) Notice and Application of Trustee's Accountant for Allowance of Compensation; and (2) Notice and Application of Trustee's Counsel for Allowance of Compensation and Reimbursement of Expenses.

I further certify that service of the Notice of the two applications was made by regular, postage prepaid mail upon all creditors and parties in interest on the attached Service List.

FOX ROTHSCHILD LLP

/s/  Edward J. DiDonato
Edward J. DiDonato
2000 Market Street; 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com
Counsel to Trustee

## SERVICE LIST

Ameritas Life Insurance
P.O. Box 81889
Lincoln, NE 65801-1889

Ameritas Life Insurance Corp.
1876 Waycross Road
Cincinnati, OH 45240

Arnie M. Katz
1021 W. 8th Ave.
King of Prussia, PA 19406

Bank of America
PO Box 15220
Wilmington, DE 19886

Beacon Mortgage
1021 W. 8th Ave.
King of Prussia, PA 19406

Brian Hartline
36 Windward Court
Collegeville, PA 19426

Bunny Katz
1021 W. 8th Ave.
King of Prussia, PA 19406

City of Millville, NJ Tax Collector
P.O. Box 609
Millville, NJ 08332

Cozen O'Connor
1900 Market St
Philadelphia, PA 19103

Eckert Seamens
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Financial Network Investment Corp.
c/o Carlos E. Musteiler, Jr., Esquire
14 NE 1st Avenue; Suite 600
Miami, FL 33132

Financial Network Investment Corp
200 North Sepulveda Boulevard
Suite 1200
El Segundo, CA 90245

First Priority Bank
2 West Liberty Blvd
Suite 104
Malvern, PA 19355

Greentree
PO Box 6172
Rapid City, SD 57709

JP Morgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505, AZ1-1191
Phoenix, AZ 85038-9505

Klehr Harrison Harvey Branzburg & Ellers
c/o Jeffrey Kurtzman, Esquire
1835 Market Street; Suite 1400
Philadelphia, PA 19103

LPL Financial LLC
c/o N. Nancy Ghabai
75 State Street, 24th Fl.
Boston, MA 02109

LVNV Funding, LLC its successors
and assigns
As assignee of NCO
Portfolio Management
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Pennsylvania Department of Labor
Office of UC Tax Services
651 Boas Street
Harrisburg, PA 17121-0750

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Republic Bank
1601 Walnut Street, 1st Floor
Philadelphia, PA 19102

Royal Bank America
732 Montgomery Avenue
Narberth, PA 19072

Stuart Piltch
1021 W. 8th Ave.
King of Prussia, PA 19406

Subaru Motors
c/o Chase
PO Box 78101
Phoenix, AZ 85062

The Bancorp Bank
c/o McCarter & English, LLP
1735 Market Street, Suite 700
BNY Mellon Center
Philadelphia, PA 19103-7501

Thomas A. Schirmer
1021 W. 8th Ave.
King of Prussia, PA 19406

Tom and Cindy McClure
49 Rosewood Lane
Malvern, PA 19355

Unifi Companies
5900 O Street
P.O. Box 81889
Lincoln, NE 68501-1889

Wells Fargo
PO Box 14411
Des Moines, IA 50306

WM Capital Partners XXXIV, LLC
c/o Klehr Harrison
1835 Market St., Ste. 1400
Philadelphia, PA 19103

Marc Smith
1483 Welsh Road
Huntingdon Valley, PA 19006

Adrienne N. Anderson, Esquire
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street; Suite 1930
Philadelphia, PA 19103

Albert A. Ciardi, III, Esquire
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street; Suite 1930
Philadelphia, PA 19103

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street; Suite 500
Philadelphia, PA 19107

Rosetta B. Packer, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Christine L. Barba, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Lawrence G Reinhold, Esquire
Weinstein, Pinson & Riley, P.S.
525 Rocky Hollow Drive
Akron, Ohio 44313-5945

Steven J. Adams, Esquire
Stevens & Lee
111 N. Sixth Street
P.O. Box 579
Reading, PA  19603-0679

Jeffrey Kurtzman, Esquire
Klehr/Harrison/Harvey/
Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103

Michael J. Cordone, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103

Steven J. White, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103

Michelle C. Orloski, Esquire
Stradley, Ronon, Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA  19355

Andrew F. Gornall, Esquire
Joshua I. Goldman, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

GE Capital Retail Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

J. Timothy Arndt, III, Esquire
Lachall, Cohen & Sagnor
144 W. Market Street
West Chester, PA  19382

Arthur L. Sagnor, III, Esquire
Lachall, Cohen & Sagnor
144 W. Market Street
West Chester, PA  19382

Gregory W. Fox
Marshall Dennehey Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, Pennsylvania 19103