IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: November 15, 2016

IN RE:                                              :          Chapter 7

Marc Smith
        Debtor(s)                          :          Bankruptcy No. 13-15239jkf

CERTIFICATION OF COSTS

     The sum of $ 0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before .

     The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | | |
| Copies | | |
| TOTAL: | | $ 0.00 |

Dated at Philadelphia, Pennsylvania
this 15 day of November, 2016

                            TIMOTHY B. MCGRATH, Clerk

                            Stacey
               By: _____
                            Deputy Clerk

Certcost 8/99