IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| MARC SMITH | : |
| | : |
| DEBTOR | : BKY. NO. 13-15239-jkf |

## CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Edward J. DiDonato, Esquire, hereby certify that after proper service of the Notice of the Application of Fox Rothschild LLP for Allowance of Compensation and Reimbursement of Expenses, no responses or objections have been served upon me or are indicated on the Docket. I, therefore, request the entry of the proposed form of Order attached to the Application.

FOX ROTHSCHILD LLP

/s/ Edward J. DiDonato
Edward J. DiDonato
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Counsel to Trustee