UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| MARC SMITH | : |
| | : |
| DEBTOR | : BKY. NO. 13-15239-jkf |

**CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER**

I, Edward J. DiDonato, Esquire, hereby certify that after proper service of the Notice of

the Application of the Accountant to the Trustee for Allowance of Compensation and

Reimbursement of Expenses, no objections or responsive pleadings have been served upon me or

appear on the Docket.  I, therefore, request the entry of the proposed form of Order attached to

the Application.

FOX ROTHSCHILD LLP


/s/  Edward J. DiDonato
Edward J. DiDonato
2000 Market Street; 20th Floor
Philadelphia, PA  19103
Counsel to Trustee

ACTIVE 43513735v1 12/05/2016