UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
MARC SMITH :
:
        DEBTOR : BKY. NO. 13-15239-jkf

**O R D E R**

AND NOW, this 6th day of December, 2016, upon consideration of the Application of the Accountant to the Trustee for Allowance of Compensation and Reimbursement of Expenses, and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that the sum of $ 3,790 for services rendered and $ 20.41 for expenses incurred is allowed as compensation to Scott H. Kessler, CPA for the period January 5, 2015 through July 22, 2016.

BY THE COURT:

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE