UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                       : CHAPTER 7
                                                             :
MARC SMITH                                                   :
                                                             :
              DEBTOR                                         : BKY. NO. 13-15239-jkf

**O R D E R**

AND NOW, this 6th day of December, 2016, upon consideration of the Application of counsel to the Trustee for allowance of compensation in the amount of $105,754.50 and reimbursement of expenses in the amount of $1,659.73, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that the sum of $ 105,754.50, plus expenses in the amount of $ 1659.73 is allowed as compensation to Fox Rothschild LLP as counsel to the Trustee for the period July 2, 2013 through August 17, 2016.

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

ACTIVE 43070931v1 11/08/2016