United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-15239-jkf
Marc Smith                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey          Page 1 of 2           Date Rcvd: Dec 06, 2016
                          Form ID: pdf900       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2016.
db           #+Marc Smith,    1483 Welsh Road,    Huntingdon Valley, PA 19006-5831
aty            FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222
auc          +AuctionAdvisors,    1350 Avenue of the Americas,    2nd Floor,   New York, NY 10019-4703
cr             Cetera Advisor Networks, LLC,    c/o Jonathan Cohen,    Spadafora & Schwartzberg, LLP,
               14th NE 1st Avenue,    Suite 600,   Miami, FL  33132
cr             First Priority Bank,    c/o Steven J. Adams, Esquire,    Stevens & Lee,   111 N. Sixth Street,
               P.O. Box 679,   Reading, PA  19603-0679
acc          +Scott H. Kessler,    2543 Kirk Drive,   Huntington Calley, PA 19006-5434
cr           +Vantage Point Bank,    c/o Lachall Cohen &Sagnor,    J. Timothy Arndt III, Esquire,
               144 West Market Street,    West Chester, PA 19382-2902
cr           +WM Capital Partners XXXIV, LLC,    c/o Jeffrey Kurtzman, Esquire,
               Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Suite 1400,
               Philadelphia, PA 19103-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 07 2016 02:04:49     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2016 02:04:32     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2016 02:04:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2016 01:56:32     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr           +E-mail/Text: gcummings@thebancorp.com Dec 07 2016 02:04:23     The Bancorp Bank,
               1818 Market Street,    28th Floor,   Philadelphia, PA 19103-3629
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
          ADRIENNE N. ANDERSON    on behalf of Defendant Marc  Smith aanderson@ciardilaw.com,
           dtorres@ciardilaw.com
          ADRIENNE N. ANDERSON    on behalf of Debtor Marc  Smith aanderson@ciardilaw.com,
           dtorres@ciardilaw.com
          ALAN   FELLHEIMER    on behalf of Plaintiff    The Bancorp Bank alan@fellheimer.net
          ALAN   FELLHEIMER    on behalf of Creditor    The Bancorp Bank alan@fellheimer.net
          ALBERT A. CIARDI, III    on behalf of Debtor Marc  Smith aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
          ALBERT A. CIARDI, III    on behalf of Defendant Marc  Smith aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
          ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2             Date Rcvd: Dec 06, 2016
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ANDREW F GORNALL    on behalf of Creditor    AMS SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CARLA A. K. JAROSZ    on behalf of Interested Party    Nationstar Mortgage, LLC CarlaJ@w-legal.com
        DEREK J. BAKER    on behalf of Mediator DEREK  BAKER dbaker@reedsmith.com
        EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
        EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
        GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
        GREGORY W. FOX    on behalf of Creditor    Cetera Advisor Networks, LLC gwfox@mdwcg.com, dmgalas@mdwcg.com;efile@mdwcg.com
        J. TIMOTHY ARNDT, III    on behalf of Creditor    Vantage Point Bank tarndt@lcslaw.com
        JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com
        JEFFREY  KURTZMAN    on behalf of Creditor    WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Plaintiff    WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
        JONATHAN P. COHEN    on behalf of Creditor    Cetera Advisor Networks, LLC jcohen@jcohenpa.com, service@jcohenpa.com
        MICHAEL H. REED    on behalf of Mediator Michael H. Reed reedm@pepperlaw.com, henrys@pepperlaw.com
        STEVEN J. ADAMS    on behalf of Creditor    First Priority Bank sja@stevenslee.com, dda@stevenslee.com
        STEVEN JOHN WHITE    on behalf of Creditor    LPL Financial, LLC swhite@stradley.com
        TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                          TOTAL: 24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
MARC SMITH :
:
        DEBTOR : BKY. NO. 13-15239-jkf

**O R D E R**

AND NOW, this 6th day of December, 2016, upon consideration of the Application of the Accountant to the Trustee for Allowance of Compensation and Reimbursement of Expenses, and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that the sum of $ 3,790 for services rendered and $ 20.41 for expenses incurred is allowed as compensation to Scott H. Kessler, CPA for the period January 5, 2015 through July 22, 2016.

BY THE COURT:

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

ACTIVE 43071046v1 11/08/2016