United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 13-15239-jkf
Marc Smith                                                     Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: Stacey              Page 1 of 2              Date Rcvd: Dec 06, 2016
                                  Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2016.
db          #+Marc Smith,    1483 Welsh Road,    Huntingdon Valley, PA 19006-5831
aty           FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA 19103-3222
auc          +AuctionAdvisors,    1350 Avenue of the Americas,    2nd Floor,    New York, NY 10019-4703
cr            Cetera Advisor Networks, LLC,    c/o Jonathan Cohen,    Spadafora & Schwartzberg, LLP,
               14th NE 1st Avenue,    Suite 600,    Miami, FL 33132
cr            First Priority Bank,    c/o Steven J. Adams, Esquire,    Stevens & Lee,    111 N. Sixth Street,
               P.O. Box 679,    Reading, PA 19603-0679
acc          +Scott H. Kessler,    2543 Kirk Drive,    Huntington Calley, PA 19006-5434
cr           +Vantage Point Bank,    c/o Lachall Cohen &Sagnor,    J. Timothy Arndt III, Esquire,
               144 West Market Street,    West Chester, PA 19382-2902
cr           +WM Capital Partners XXXIV, LLC,    c/o Jeffrey Kurtzman, Esquire,
               Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Suite 1400,
               Philadelphia, PA 19103-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 07 2016 02:04:47     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2016 02:04:29
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2016 02:04:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2016 01:56:32     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
cr           +E-mail/Text: gcummings@thebancorp.com Dec 07 2016 02:04:23     The Bancorp Bank,
               1818 Market Street,    28th Floor,    Philadelphia, PA 19103-3629
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
          ADRIENNE N. ANDERSON    on behalf of Defendant Marc  Smith aanderson@ciardilaw.com,
           dtorres@ciardilaw.com
          ADRIENNE N. ANDERSON    on behalf of Debtor Marc  Smith aanderson@ciardilaw.com,
           dtorres@ciardilaw.com
          ALAN   FELLHEIMER    on behalf of Plaintiff   The Bancorp Bank alan@fellheimer.net
          ALAN   FELLHEIMER    on behalf of Creditor   The Bancorp Bank alan@fellheimer.net
          ALBERT A. CIARDI, III    on behalf of Debtor Marc  Smith aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
          ALBERT A. CIARDI, III    on behalf of Defendant Marc  Smith aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
          ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2            User: Stacey              Page 2 of 2                  Date Rcvd: Dec 06, 2016
                                Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    ANDREW F GORNALL  on behalf of Creditor  AMS SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    CARLA A. K. JAROSZ  on behalf of Interested Party  Nationstar Mortgage, LLC CarlaJ@w-legal.com
    DEREK J. BAKER  on behalf of Mediator DEREK  BAKER dbaker@reedsmith.com
    EDWARD J. DIDONATO  on behalf of Attorney  FOX ROTHSCHILD LLP edidonato@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com
    EDWARD J. DIDONATO  on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com
    GEORGE M. CONWAY  on behalf of U.S. Trustee  United States Trustee george.m.conway@usdoj.gov
    GREGORY W. FOX  on behalf of Creditor  Cetera Advisor Networks, LLC gwfox@mdwcg.com, dmgalas@mdwcg.com;efile@mdwcg.com
    J. TIMOTHY ARNDT, III  on behalf of Creditor  Vantage Point Bank tarndt@lcslaw.com
    JASON CHRISTOPHER MANFREY  on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com
    JEFFREY  KURTZMAN  on behalf of Creditor  WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
    JEFFREY  KURTZMAN  on behalf of Plaintiff  WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
    JONATHAN P. COHEN  on behalf of Creditor  Cetera Advisor Networks, LLC jcohen@jcohenpa.com, service@jcohenpa.com
    MICHAEL H. REED  on behalf of Mediator Michael H. Reed reedm@pepperlaw.com, henrys@pepperlaw.com
    STEVEN J. ADAMS  on behalf of Creditor  First Priority Bank sja@stevenslee.com, dda@stevenslee.com
    STEVEN JOHN WHITE  on behalf of Creditor  LPL Financial, LLC swhite@stradley.com
    TERRY P. DERSHAW  td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
                                                TOTAL: 24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : CHAPTER 7 |
|---|---|
| MARC SMITH | : |
| DEBTOR | : BKY. NO. 13-15239-jkf |

**O R D E R**

AND NOW, this 6th day of December, 2016, upon consideration of the Application of counsel to the Trustee for allowance of compensation in the amount of $105,754.50 and reimbursement of expenses in the amount of $1,659.73, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that the sum of $ 105,754.50, plus expenses in the amount of $ 1659.73 is allowed as compensation to Fox Rothschild LLP as counsel to the Trustee for the period July 2, 2013 through August 17, 2016.

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

ACTIVE 43070931v1 11/08/2016