United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-15239-jkf
Marc Smith                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3              Date Rcvd: Feb 21, 2017
                              Form ID: pdf900           Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
```
db              #+Marc Smith,    1483 Welsh Road,    Huntingdon Valley, PA 19006-5831
aty              FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222
auc             +AuctionAdvisors,    1350 Avenue of the Americas,    2nd Floor,    New York, NY 10019-4703
cr               Cetera Advisor Networks, LLC,    c/o Jonathan Cohen,    Spadafora & Schwartzberg, LLP,
                 14th NE 1st Avenue,    Suite 600,    Miami, FL  33132
cr               First Priority Bank,    c/o Steven J. Adams, Esquire,    Stevens & Lee,    111 N. Sixth Street,
                 P.O. Box 679,    Reading, PA  19603-0679
acc             +Scott H. Kessler,    2543 Kirk Drive,    Huntington Calley, PA 19006-5434
cr               WM Capital Partners XXXIV, LLC,    c/o Jeffrey Kurtzman, Esquire,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Suite 1400,
                 Philadelphia, PA 19103-2945
13081976        +Ameritas Life Insurance,    P.O. Box 81889,    Lincoln, NE 68501-1889
13208114        +Ameritas Life Insurance Corporation,    1876 Waycross Road,    Cincinnati, OH 45240-2825
13081977        +Arnie M. Katz,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13081978        +Bank of America,    PO Box 15220,    Wilmington, DE 19886-5220
13081979        +Beacon Mortgage,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13209615        +Brian M. Hartline,    36 Windward Court,    Collegeville, PA 19426-2869
13081980        +Bunny Katz,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13081981        +City of Millville, NJ Tax collector,    P.O. Box 609,    Millville, NJ 08332-0609
13081983        +Delaware Valley Financial Group,    1021 W. 8th Avenue,    King of Prussia, PA 19406-1307
13081984        +Eckert Seamens,    Two Liberty Place,    50 South 16th Street, 22nd Floor,
                 Philadelphia, PA 19102-2523
13209604        +Edward DiMarcantonio,    528 Arbordale Road,    Wayne, PA 19087-3867
13190858        +Financial Network Investment Corp,    c/o Carlos E. Musteiler Jr., Esq,
                 14 NE 1st Ave., Suite 600,    Miami, FL 33132-2405
13081985        +Financial Network Investment Corp,    200 North Sepulveda Boulevard,    Suite 1200,
                 El Segundo, CA 90245-5605
13081986        +First Priority Bank,    2 West Liberty Blvd,    Suite 104,    Malvern, PA 19355-1435
13081989        +Klehr Harrison Harvey Branzburg & Ellers,    c/o Jeffrey Kurtzman, Esquire,
                 260 South Broad Street, Ste. 400,    Philadelphia, PA 19102-5013
13176668        +LPL Financial LLC,    c/o N. Nancy Ghabai,    75 State Street - 24th Floor,
                 Boston, MA 02109-1823
13081990        +LPL Term Loan,    9785 Towne Centre Drive,    San Diego, CA 92121-1968
13081992        +Nova Bank,    Loan Operations,    18 East Wynnewood Road,    Wynnewood, PA 19096-2010
13081993         Pennsylvania Department of Labor,    Office of UC Tax Services,    651 Boas Street,
                 Harrisburg, PA 17121-0750
13081994        +Republic Bank,    1601 Walnut Street, 1st Floor,    Philadelphia, PA 19102-2901
13081995        +Royal Bank America,    732 Montgomery Avenue,    Narberth, PA 19072-2090
13575020        +Spencer Boatworks, Inc.,    P.O. Box 144,    Saranac Lake, NY 12983-0144
13081996        +Stuart Piltch,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13081997        +Subaru Motors,    c/o Chase,    PO Box 78101,    Phoenix, AZ 85062-8101
13081998        +The Bancorp Bank,    c/o McCarter & English, LLP,    1735 Market Street, Suite 700,
                 BNY Mellon Center,    Philadelphia, PA 19103-7518
13195403        +The Bancorp Bank,    c/o Ballard Spahr LLP,    Attn: Rosetta B. Packer, Esq.,
                 Christine L. Barba, Esq.,    1735 Market Street, 51st Floor,    Philadelphia, PA 19103-7507
13081999        +Thomas A. Schirmer,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13082000        +Tom and Cindy McClure,    49 Rosewood Lane,    Malvern, PA 19355-8620
13082001         Unifi Companies,    5900 O Street,    P.O. Box 81889,    Lincoln, NE 68501-1889
13207851        +Vantage Point Bank,    c/o Lachall Cohen & Sagnor,    J. Timothy Arndt III, Esquire,
                 144 West Market Street,    West Chester, PA 19382-2902
13082002        +Vantage Point Bank,    Suite 175, 1250 Virginia Drive,    Fort Washington, PA 19034-3226
13082004        +WM Capital Partners XXXIV, LLC,    c/o Klehr Harrison,    1835 Market St., Ste. 1400,
                 Philadelphia, PA 19103-2945
13082003        +Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Feb 22 2017 02:09:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2017 02:09:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2017 02:11:36     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              +E-mail/Text: gcummings@thebancorp.com Feb 22 2017 02:09:06     The Bancorp Bank,
                 1818 Market Street,    28th Floor,    Philadelphia, PA 19103-3629
13081987        +E-mail/Text: bankruptcy.bnc@ditech.com Feb 22 2017 02:09:12     Greentree,    PO Box 6172,
                 Rapid City, SD 57709-6172
13081988         E-mail/Text: cio.bncmail@irs.gov Feb 22 2017 02:09:10     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
13145416         E-mail/Text: bk.notifications@jpmchase.com Feb 22 2017 02:09:13     JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
```

```
District/off: 0313-2                  User: Stacey                  Page 2 of 3                   Date Rcvd: Feb 21, 2017
                                      Form ID: pdf900               Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13207085          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2017 02:11:39
                   LVNV Funding, LLC its successors and assigns as,   assignee of NCO Portfolio Management,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13712383         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2017 02:09:19
                   Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
                   Harrisburg, PA 17128-0946
13146982          E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2017 02:11:37
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +Vantage Point Bank,   c/o Lachall Cohen &Sagnor,   J. Timothy Arndt III, Esquire,
                  144 West Market Street,   West Chester, PA 19382-2902
13081982        ##+Cozen O'Connor,   1900 Market St,   Philadelphia, PA 19103-3527
13081991        ##+Nova Bank,   Westlakes Business Center,   1235 Westlakes Drive, Suite 420,
                  Berwyn, PA 19312-2416
                                                                                    TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
```
              ADRIENNE N. ANDERSON    on behalf of Defendant Marc  Smith aanderson@ciardilaw.com,
               dtorres@ciardilaw.com
              ADRIENNE N. ANDERSON    on behalf of Debtor Marc  Smith aanderson@ciardilaw.com,
               dtorres@ciardilaw.com
              ALAN  FELLHEIMER    on behalf of Plaintiff    The Bancorp Bank alan@fellheimer.net
              ALAN  FELLHEIMER    on behalf of Creditor    The Bancorp Bank alan@fellheimer.net
              ALBERT A. CIARDI, III    on behalf of Debtor Marc  Smith aciardi@ciardilaw.com,
               aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
              ALBERT A. CIARDI, III    on behalf of Defendant Marc  Smith aciardi@ciardilaw.com,
               aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
              ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    AMS SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CARLA A. K. JAROSZ    on behalf of Interested Party    Nationstar Mortgage, LLC CarlaJ@w-legal.com
              DEREK J. BAKER    on behalf of Mediator DEREK  BAKER dbaker@reedsmith.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GREGORY W. FOX    on behalf of Creditor    Cetera Advisor Networks, LLC gwfox@mdwcg.com,
               dmgalas@mdwcg.com;efile@mdwcg.com
              J. TIMOTHY ARNDT, III    on behalf of Creditor    Vantage Point Bank tarndt@lcslaw.com
```

```
District/off: 0313-2        User: Stacey              Page 3 of 3              Date Rcvd: Feb 21, 2017
                            Form ID: pdf900           Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      JASON CHRISTOPHER MANFREY   on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
      JEFFREY KURTZMAN   on behalf of Creditor   WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
      JEFFREY KURTZMAN   on behalf of Plaintiff   WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
      JONATHAN P. COHEN   on behalf of Creditor   Cetera Advisor Networks, LLC jcohen@jcohenpa.com, service@jcohenpa.com
      MICHAEL H. REED   on behalf of Mediator Michael H. Reed reedm@pepperlaw.com, henrys@pepperlaw.com
      STEVEN J. ADAMS   on behalf of Creditor   First Priority Bank sja@stevenslee.com, dda@stevenslee.com
      STEVEN JOHN WHITE   on behalf of Creditor   LPL Financial, LLC swhite@stradley.com
      TERRY P. DERSHAW   td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
      THOMAS I. PULEO   on behalf of Creditor   FDIC as Receiver for Nova Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                            TOTAL: 25

Case 13-15239-jkf    Doc 227    Filed 02/23/17    Entered 02/24/17 01:17:45    Desc
Imaged Certificate of Notice    Page 3 of 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: SMITH, MARC | § Case No. 13-15239-JKF |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that TERRY P. DERSHAW, TRUSTEE    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   900 MARKET STREET - STE. 400
   PHILADLEPHIA, PA 19107

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/15/2017 in Courtroom 3, United States Courthouse, 900 MARKET STREET - SECOND FLOOR, PHILADELPHIA, PA 19107.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/16/2017         By:   /s/TERRY P. DERSHAW, TRUSTEE
                                                                 Trustee

TERRY P. DERSHAW, TRUSTEE
P. O. Box 556
Warminster, PA  18974-0632
(484) 897-0341

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: SMITH, MARC § | Case No. 13-15239-JKF |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 158,000.00 |
| *and approved disbursements of* | $ 23,765.39 |
| *leaving a balance on hand of* [1] | $ 134,234.61 |
| **Balance on hand:** | **$ 134,234.61** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | JP MORGAN CHASE BANK, N.A. | 10,184.40 | 0.00 | 0.00 | 0.00 |
| 8S | VANTAGE POINT BANK | 172,000.00 | 0.00 | 0.00 | 0.00 |
| 12 | SPENCER BOATWORKS, INC. | 5,208.19 | 5,208.19 | 5,208.19 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 134,234.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - TERRY P. DERSHAW, TRUSTEE | 11,150.00 | 0.00 | 11,150.00 |
| Trustee, Expenses - TERRY P. DERSHAW, TRUSTEE | 20.40 | 0.00 | 20.40 |
| Attorney for Trustee, Fees - FOX ROTHSCHILD LLP | 105,754.50 | 0.00 | 105,754.50 |
| Attorney for Trustee, Expenses - FOX ROTHSCHILD LLP | 1,659.73 | 0.00 | 1,659.73 |
| Accountant for Trustee, Fees - SCOTT H. KESSLER, C.P.A. | 3,790.00 | 0.00 | 3,790.00 |
| Accountant for Trustee, Expenses - SCOTT H. KESSLER, | 20.41 | 0.00 | 20.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

C.P.A.

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 122,395.04 |
| Remaining balance: | $ | 11,839.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 11,839.57 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,839.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,038,737.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | WM CAPITAL PARTNERS XXXIV, LLC | 521,043.22 | 0.00 | 307.85 |
| 4 | LPL FINANCIAL LLC | 620,320.16 | 0.00 | 366.51 |
| 5 | FINANCIAL NETWORK INVESTMENT CORP | 4,295,195.00 | 0.00 | 2,537.75 |
| 6 | THE BANCORP BANK | 4,005,565.58 | 0.00 | 2,366.62 |
| 7 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | 3,956.96 | 0.00 | 2.34 |
| 8U | VANTAGE POINT BANK | 204,677.00 | 0.00 | 120.93 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | AMERITAS LIFE INSURANCE CORPORATION | 10,387,980.00 | 0.00 | 6,137.57 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $   11,839.57 |
| Remaining balance: | $   0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $   0.00 |
| Remaining balance: | $   0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $   0.00 |
| Remaining balance: | $   0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/TERRY P. DERSHAW, TRUSTEE
　　　　　　　　　　　　　　　　　Trustee

TERRY P. DERSHAW, TRUSTEE
P. O. Box 556
Warminster, PA  18974-0632
(484) 897-0341

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**