United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 13-15239-jkf
Marc Smith                                                          Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Stacey            Page 1 of 2             Date Rcvd: Mar 17, 2017
                             Form ID: pdf900         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
```
db             #+Marc Smith,    1483 Welsh Road,    Huntingdon Valley, PA 19006-5831
aty             FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,   Phila., PA   19103-3222
auc            +AuctionAdvisors,    1350 Avenue of the Americas,    2nd Floor,   New York, NY 10019-4703
cr              Cetera Advisor Networks, LLC,    c/o Jonathan Cohen,    Spadafora & Schwartzberg, LLP,
                 14th NE 1st Avenue,    Suite 600,   Miami, FL   33132
cr              First Priority Bank,    c/o Steven J. Adams, Esquire,    Stevens & Lee,   111 N. Sixth Street,
                 P.O. Box 679,    Reading, PA   19603-0679
acc            +Scott H. Kessler,    2543 Kirk Drive,    Huntington Calley, PA 19006-5434
cr             +Vantage Point Bank,    c/o Lachall Cohen &Sagnor,    J. Timothy Arndt III, Esquire,
                 144 West Market Street,    West Chester, PA 19382-2902
cr             +WM Capital Partners XXXIV, LLC,    c/o Jeffrey Kurtzman, Esquire,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,   Suite 1400,
                 Philadelphia, PA 19103-2945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 18 2017 01:53:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2017 01:52:46      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2017 01:53:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2017 01:55:48      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
cr             +E-mail/Text: gcummings@thebancorp.com Mar 18 2017 01:52:09      The Bancorp Bank,
                 1818 Market Street,    28th Floor,   Philadelphia, PA 19103-3629
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
```
          ADRIENNE N. ANDERSON    on behalf of Defendant Marc  Smith aanderson@ciardilaw.com,
           dtorres@ciardilaw.com
          ADRIENNE N. ANDERSON    on behalf of Debtor Marc  Smith aanderson@ciardilaw.com,
           dtorres@ciardilaw.com
          ALAN   FELLHEIMER    on behalf of Plaintiff    The Bancorp Bank alan@fellheimer.net
          ALAN   FELLHEIMER    on behalf of Creditor    The Bancorp Bank alan@fellheimer.net
          ALBERT A. CIARDI, III    on behalf of Debtor Marc  Smith aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
          ALBERT A. CIARDI, III    on behalf of Defendant Marc  Smith aciardi@ciardilaw.com,
           aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
          ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Mar 17, 2017
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ANDREW F GORNALL    on behalf of Creditor    AMS SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CARLA A. K. JAROSZ    on behalf of Interested Party    Nationstar Mortgage, LLC CarlaJ@w-legal.com
        DEREK J. BAKER    on behalf of Mediator DEREK  BAKER dbaker@reedsmith.com
        EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
        EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
        GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
        GREGORY W. FOX    on behalf of Creditor    Cetera Advisor Networks, LLC gwfox@mdwcg.com, dmgalas@mdwcg.com;efile@mdwcg.com
        J. TIMOTHY ARNDT, III    on behalf of Creditor    Vantage Point Bank tarndt@lcslaw.com
        JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
        JEFFREY  KURTZMAN    on behalf of Creditor    WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
        JEFFREY  KURTZMAN    on behalf of Plaintiff    WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com
        JONATHAN P. COHEN    on behalf of Creditor    Cetera Advisor Networks, LLC jcohen@jcohenpa.com, service@jcohenpa.com
        MICHAEL H. REED    on behalf of Mediator Michael H. Reed reedm@pepperlaw.com, henrys@pepperlaw.com
        STEVEN J. ADAMS    on behalf of Creditor    First Priority Bank sja@stevenslee.com, dda@stevenslee.com
        STEVEN JOHN WHITE    on behalf of Creditor    LPL Financial, LLC swhite@stradley.com
        TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
        THOMAS I. PULEO    on behalf of Creditor    FDIC as Receiver for Nova Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SMITH, MARC

Case No. 13-15239 JKF

Debtor(s)

### ORDER OF DISTRIBUTION

AND NOW, this _____ day of _____, 20___, the Trustee, TERRY P. DERSHAW, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

**Date: March 17, 2017**

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE