UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SMITH, MARC

Case No. 13-15239 JKF

Debtor(s)

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this   17th   day of   March                          2017  , upon

consideration of the Trustee's Final Report and Account (the "Final Report"), and after

notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is

APPROVED.

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge