**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| SMITH, MARC | : | Case No. 13-15239 JKF |
| | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| Debtor(s). | : | |
| | : | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this _____ day of _____, 2017, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $11,150.00 is reasonable compensation for the services in this case by TERRY P. DERSHAW, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Date: March 19, 2017**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge