United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-15239-jkf
Marc Smith                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3              Date Rcvd: Mar 20, 2017
                              Form ID: pdf900           Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
```
db           #+Marc Smith,    1483 Welsh Road,    Huntingdon Valley, PA 19006-5831
aty           FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222
auc          +AuctionAdvisors,    1350 Avenue of the Americas,    2nd Floor,    New York, NY 10019-4703
cr            Cetera Advisor Networks, LLC,    c/o Jonathan Cohen,    Spadafora & Schwartzberg, LLP,
               14th NE 1st Avenue,    Suite 600,    Miami, FL  33132
cr            First Priority Bank,    c/o Steven J. Adams, Esquire,    Stevens & Lee,    111 N. Sixth Street,
               P.O. Box 679,    Reading, PA  19603-0679
acc          +Scott H. Kessler,    2543 Kirk Drive,    Huntington Calley, PA 19006-5434
cr           +WM Capital Partners XXXIV, LLC,    c/o Jeffrey Kurtzman, Esquire,
               Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Suite 1400,
               Philadelphia, PA 19103-2945
13081976     +Ameritas Life Insurance,    P.O. Box 81889,    Lincoln, NE 68501-1889
13208114     +Ameritas Life Insurance Corporation,    1876 Waycross Road,    Cincinnati, OH 45240-2825
13081977     +Arnie M. Katz,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13081978     +Bank of America,    PO Box 15220,    Wilmington, DE 19886-5220
13081979     +Beacon Mortgage,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13209615     +Brian M. Hartline,    36 Windward Court,    Collegeville, PA 19426-2869
13081980     +Bunny Katz,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13081981     +City of Millville, NJ Tax collector,    P.O. Box 609,    Millville, NJ 08332-0609
13081983     +Delaware Valley Financial Group,    1021 W. 8th Avenue,    King of Prussia, PA 19406-1307
13081984     +Eckert Seamens,    Two Liberty Place,    50 South 16th Street, 22nd Floor,
               Philadelphia, PA 19102-2523
13209604     +Edward DiMarcantonio,    528 Arbordale Road,    Wayne, PA 19087-3867
13190858     +Financial Network Investment Corp,    c/o Carlos E. Musteiler Jr., Esq,
               14 NE 1st Ave., Suite 600,    Miami, FL 33132-2405
13081985     +Financial Network Investment Corp,    200 North Sepulveda Boulevard,    Suite 1200,
               El Segundo, CA 90245-5605
13081986     +First Priority Bank,    2 West Liberty Blvd,    Suite 104,    Malvern, PA 19355-1435
13081989     +Klehr Harrison Harvey Branzburg & Ellers,    c/o Jeffrey Kurtzman, Esquire,
               260 South Broad Street, Ste. 400,    Philadelphia, PA 19102-5013
13176668     +LPL Financial LLC,    c/o N. Nancy Ghabai,    75 State Street - 24th Floor,
               Boston, MA 02109-1823
13081990     +LPL Term Loan,    9785 Towne Centre Drive,    San Diego, CA 92121-1968
13081992     +Nova Bank,    Loan Operations,    18 East Wynnewood Road,    Wynnewood, PA 19096-2010
13081993      Pennsylvania Department of Labor,    Office of UC Tax Services,    651 Boas Street,
               Harrisburg, PA 17121-0750
13081994     +Republic Bank,    1601 Walnut Street, 1st Floor,    Philadelphia, PA 19102-2901
13081995     +Royal Bank America,    732 Montgomery Avenue,    Narberth, PA 19072-2090
13575020     +Spencer Boatworks, Inc.,    P.O. Box 144,    Saranac Lake, NY 12983-0144
13081996     +Stuart Piltch,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13081997     +Subaru Motors,    c/o Chase,    PO Box 78101,    Phoenix, AZ 85062-8101
13081998     +The Bancorp Bank,    c/o McCarter & English, LLP,    1735 Market Street, Suite 700,
               BNY Mellon Center,    Philadelphia, PA 19103-7518
13195403     +The Bancorp Bank,    c/o Ballard Spahr LLP,    Attn: Rosetta B. Packer, Esq.,
               Christine L. Barba, Esq.,    1735 Market Street, 51st Floor,    Philadelphia, PA 19103-7507
13081999     +Thomas A. Schirmer,    1021 W. 8th Ave.,    King of Prussia, PA 19406-1307
13082000     +Tom and Cindy McClure,    49 Rosewood Lane,    Malvern, PA 19355-8620
13082001      Unifi Companies,    5900 O Street,    P.O. Box 81889,    Lincoln, NE 68501-1889
13207851     +Vantage Point Bank,    c/o Lachall Cohen & Sagnor,    J. Timothy Arndt III, Esquire,
               144 West Market Street,    West Chester, PA 19382-2902
13082002     +Vantage Point Bank,    Suite 175, 1250 Virginia Drive,    Fort Washington, PA 19034-3226
13082004     +WM Capital Partners XXXIV, LLC,    c/o Klehr Harrison,    1835 Market St., Ste. 1400,
               Philadelphia, PA 19103-2945
13082003     +Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Mar 21 2017 01:41:56     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2017 01:41:56     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2017 01:44:10     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
cr           +E-mail/Text: gcummings@thebancorp.com Mar 21 2017 01:41:45     The Bancorp Bank,
               1818 Market Street,    28th Floor,    Philadelphia, PA 19103-3629
13081987     +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2017 01:41:47     Greentree,    PO Box 6172,
               Rapid City, SD 57709-6172
13081988      E-mail/Text: cio.bncmail@irs.gov Mar 21 2017 01:41:46     Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114-0326
13145416      E-mail/Text: bk.notifications@jpmchase.com Mar 21 2017 01:41:48     JP Morgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
```

```
District/off: 0313-2                  User: Stacey                 Page 2 of 3                    Date Rcvd: Mar 20, 2017
                                      Form ID: pdf900              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13207085          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2017 01:43:37
                   LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13712383         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2017 01:41:48
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                   Harrisburg, PA 17128-0946
13146982          E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2017 01:43:37
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
cr*             +Vantage Point Bank,    c/o Lachall Cohen &Sagnor,    J. Timothy Arndt III, Esquire,
                   144 West Market Street,    West Chester, PA 19382-2902
13081982        ##+Cozen O'Connor,    1900 Market St,    Philadelphia, PA 19103-3527
13081991        ##+Nova Bank,    Westlakes Business Center,    1235 Westlakes Drive, Suite 420,
                   Berwyn, PA 19312-2416
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
```
              ADRIENNE N. ANDERSON    on behalf of Defendant Marc   Smith aanderson@ciardilaw.com,
               dtorres@ciardilaw.com
              ADRIENNE N. ANDERSON    on behalf of Debtor Marc   Smith aanderson@ciardilaw.com,
               dtorres@ciardilaw.com
              ALAN   FELLHEIMER    on behalf of Plaintiff     The Bancorp Bank alan@fellheimer.net
              ALAN   FELLHEIMER    on behalf of Creditor     The Bancorp Bank alan@fellheimer.net
              ALBERT A. CIARDI, III    on behalf of Debtor Marc   Smith aciardi@ciardilaw.com,
               aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
              ALBERT A. CIARDI, III    on behalf of Defendant Marc   Smith aciardi@ciardilaw.com,
               aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
              ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    AMS SERVICING LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CARLA A. K. JAROSZ    on behalf of Interested Party    Nationstar Mortgage, LLC CarlaJ@w-legal.com
              DEREK J. BAKER    on behalf of Mediator DEREK   BAKER dbaker@reedsmith.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GREGORY W. FOX    on behalf of Creditor    Cetera Advisor Networks, LLC gwfox@mdwcg.com,
               dmgalas@mdwcg.com;efile@mdwcg.com
              J. TIMOTHY ARNDT, III    on behalf of Creditor    Vantage Point Bank tarndt@lcslaw.com
```

```
District/off: 0313-2          User: Stacey              Page 3 of 3           Date Rcvd: Mar 20, 2017
                              Form ID: pdf900           Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
         JEFFREY   KURTZMAN    on behalf of Creditor    WM Capital Partners XXXIV, LLC
          Kurtzman@kurtzmansteady.com
         JEFFREY   KURTZMAN    on behalf of Plaintiff    WM Capital Partners XXXIV, LLC
          Kurtzman@kurtzmansteady.com
         JONATHAN P. COHEN    on behalf of Creditor   Cetera Advisor Networks, LLC jcohen@jcohenpa.com,
          service@jcohenpa.com
         MICHAEL H. REED    on behalf of Mediator Michael H. Reed reedm@pepperlaw.com,  henrys@pepperlaw.com
         STEVEN J. ADAMS    on behalf of Creditor    First Priority Bank sja@stevenslee.com,
          dda@stevenslee.com
         STEVEN JOHN WHITE    on behalf of Creditor    LPL Financial, LLC swhite@stradley.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         THOMAS I. PULEO    on behalf of Creditor    FDIC as Receiver for Nova Bank tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
SMITH, MARC

Case No. 13-15239 JKF

Debtor(s)

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 17th day of March 2017, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge