United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 13-15239-jkf
Marc Smith                                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey                    Page 1 of 2                    Date Rcvd: Mar 20, 2017
                                Form ID: pdf900                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db           #+Marc Smith,    1483 Welsh Road,    Huntingdon Valley, PA 19006-5831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
      ADRIENNE N. ANDERSON    on behalf of Debtor Marc  Smith aanderson@ciardilaw.com,
       dtorres@ciardilaw.com
      ADRIENNE N. ANDERSON    on behalf of Defendant Marc  Smith aanderson@ciardilaw.com,
       dtorres@ciardilaw.com
      ALAN   FELLHEIMER    on behalf of Creditor    The Bancorp Bank alan@fellheimer.net
      ALAN   FELLHEIMER    on behalf of Plaintiff    The Bancorp Bank alan@fellheimer.net
      ALBERT A. CIARDI, III    on behalf of Debtor Marc  Smith aciardi@ciardilaw.com,
       aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
      ALBERT A. CIARDI, III    on behalf of Defendant Marc  Smith aciardi@ciardilaw.com,
       aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
      ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank
       agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
      ANDREW F GORNALL    on behalf of Creditor    AMS SERVICING LLC agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      CARLA A. K. JAROSZ    on behalf of Interested Party    Nationstar Mortgage, LLC CarlaJ@w-legal.com
      DEREK J. BAKER    on behalf of Mediator DEREK  BAKER dbaker@reedsmith.com
      EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
       brian-oneill-fox-5537@ecf.pacerpro.com
      EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
       brian-oneill-fox-5537@ecf.pacerpro.com
      GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
      GREGORY W. FOX    on behalf of Creditor    Cetera Advisor Networks, LLC gwfox@mdwcg.com,
       dmgalas@mdwcg.com;efile@mdwcg.com
      J. TIMOTHY ARNDT, III    on behalf of Creditor    Vantage Point Bank tarndt@lcslaw.com
      JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
       brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
      JEFFREY   KURTZMAN    on behalf of Plaintiff    WM Capital Partners XXXIV, LLC
       Kurtzman@kurtzmansteady.com
      JEFFREY   KURTZMAN    on behalf of Creditor    WM Capital Partners XXXIV, LLC
       Kurtzman@kurtzmansteady.com
      JONATHAN P. COHEN    on behalf of Creditor    Cetera Advisor Networks, LLC jcohen@jcohenpa.com,
       service@jcohenpa.com
      MICHAEL H. REED    on behalf of Mediator Michael H. Reed reedm@pepperlaw.com,  henrys@pepperlaw.com
      STEVEN J. ADAMS    on behalf of Creditor    First Priority Bank sja@stevenslee.com,
       dda@stevenslee.com
      STEVEN JOHN WHITE    on behalf of Creditor    LPL Financial, LLC swhite@stradley.com
      TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com

```
District/off: 0313-2           User: Stacey              Page 2 of 2            Date Rcvd: Mar 20, 2017
                               Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    FDIC as Receiver for Nova Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                              TOTAL: 25

Case 13-15239-jkf    Doc 235    Filed 03/22/17    Entered 03/23/17 01:07:27    Desc
Imaged Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| SMITH, MARC | : | Case No. 13-15239 JKF |
| | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| Debtor(s). | : | |
| | : | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this _____ day of _____, 2017, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $11,150.00 is reasonable compensation for the services in this case by TERRY P. DERSHAW, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Date: March 19, 2017**

JEAN K. FITZSIMON
United States Bankruptcy Judge