IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 7

SMITH, MARC  :

: BKY. NO. 13-15239 JKF

**REPORT TO THE COURT OF UNCLAIMED FUNDS TO
BE DEPOSITED INTO THE COURT REGISTRY**

Pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $2,966.53 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and amount which they are entitled to be paid are on the attached list.

TOTAL FUNDS PAID TO COURT REGISTRY:
$2,966.53

Dated: June 26, 2017

/s/ Terry P. Dershaw
_____
Terry P. Dershaw
Chapter 7 Trustee
PO Box 556
Warminster, PA 18974-0632
484.897.0341

| Printed: 06/26/17 07:40 AM | Stale Check Report | Page: 1 |

**Trustee:** TERRY P. DERSHAW, TRUSTEE (580730)
**Case:** 13-15239 - SMITH, MARC

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 5006911966 | 125 | 06/26/17 | CLERK, US BANKRUPTCY COURT | $2,966.53 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5006911966 | 3 | 116 | 09/24/13 | 610 | WM CAPITAL PARTNERS XXXIV, LLC<br>C/O KLEHR HARRISON<br>1835 MARKET ST., STE. 1400<br>PHILADELPHIA, PA 19103 | 611,043.22 | 521,043.22 | 307.85 | 307.85 |
| 5006911966 | 5 | 118 | 11/14/13 | 610 | FINANCIAL NETWORK INVESTMENT CORP<br>C/O CARLOS E. MUSTEILER JR., ESQ<br>14 NE 1ST AVE., SUITE 600<br>MIAMI, FL 33132 | 4,295,195.00 | 4,295,195.00 | 2,537.75 | 2,537.75 |
| 5006911966 | 8U | 121 | 12/12/13 | 610 | VANTAGE POINT BANK<br>C/O LACHALL COHEN & SAGNOR,J. TIMOTHY<br>ARNDT III, ESQUIRE,144 WEST MARKET STREE<br>WEST CHESTER, PA 19382 | 204,677.00 | 204,677.00 | 120.93 | 120.93 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.