IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 7 |
| MARC SMITH, | Bankruptcy No. 13-15239 (JKF) |
| Debtor. | |

### NOTICE OF MOTION OF WM CAPITAL PARTNERS XXXIV, LLC FOR ORDER DIRECTING DISTRIBUTION OF UNCLAIMED FUNDS

WM Capital Partners XXXIV, LLC ("WM") has filed a Motion for Order Directing Distribution of Unclaimed Funds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **July 13, 2017**, you or your attorney must do all of the following:

    (a) File an answer explaining your position with the Clerk's office:

    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA  19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

    Jeffrey Kurtzman, Esquire
    Kurtzman | Steady, LLC
    401 S. 2nd Street, Suite 200
    Philadelphia, PA  19147
    Telephone:  (215) 839-1222
    Email:  kurtzman@kurtzmansteady.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **July 20, 2017 at 9:30 a.m.** in Courtroom #3, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Courtroom #3, Philadelphia, PA 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one file an answer.

Dated: June 26, 2017

**KURTZMAN | STEADY, LLC**

By: _____
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 300
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for WM Capital Partners, XXXIV, LLC