IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| MARC SMITH, | : | Bankruptcy No. 13-15239 (JKF) |
| | : | |
| Debtor. | : | |

### CERTIFICATE OF NO OBJECTION

1. On June 26, 2017, WM Capital Partners XXXIV, LLC ("WM"), filed a motion (the "Motion") for an Order Directing Distribution of Unclaimed Funds [Doc. No. 237].

2. The deadline to object, answer or move with respect to the Motion was July 13, 2017.

3. As of the date hereof, no objection or other responsive pleading has been filed in response to the Motion.

4. Accordingly, the WM respectfully requests the entry of an order granting the relief requested in the Motion.

Dated: July 14, 2017

KURTZMAN | STEADY, LLC

By:_____
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147
Telephone:  (215) 839-1222
Email:  kurtzman@kurtzmansteady.com

Attorneys for WM Capital Partners, XXXIV, LLC