## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re | : | Chapter 7 |
|  | : |  |
| MARC SMITH, | : | Bankruptcy No. 13-15239 (JKF) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

### ORDER DIRECTING CLERK TO DISTRIBUTE FUNDS
### FROM REGISTRY OF COURT

AND NOW, this _____ day of July, 2017, upon consideration of the motion (the "Motion") of WM Capital Partners, XXXIV, LLC for an order directing the Clerk to distribute certain unclaimed funds in the amount of $307.85, and good cause appearing for the relief requested in the Motion, and after notice and an opportunity for hearing, it is hereby

ORDERED, that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that the Office of the Clerk shall issue a check payable to WM Capital Partners XXXIV, LLC in the amount of $307.85 and shall transmit such check to counsel for the claimant at the address set forth below:

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147

**Date: July 20, 2017**

JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Terry P. Dershaw, Esquire
P.O. Box 556
Warminster, PA 18974-0341

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147