United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marc Smith  
    Debtor

Case No. 13-15239-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Jul 20, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db     #+Marc Smith,   1483 Welsh Road,   Huntingdon Valley, PA 19006-5831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:

    ADRIENNE N. ANDERSON    on behalf of Debtor Marc Smith aanderson@ciardilaw.com, dtorres@ciardilaw.com  
    ADRIENNE N. ANDERSON    on behalf of Defendant Marc Smith aanderson@ciardilaw.com, dtorres@ciardilaw.com  
    ALAN FELLHEIMER    on behalf of Creditor    The Bancorp Bank alan@fellheimer.net  
    ALAN FELLHEIMER    on behalf of Plaintiff    The Bancorp Bank alan@fellheimer.net  
    ALBERT A. CIARDI, III    on behalf of Debtor Marc Smith aciardi@ciardilaw.com, aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com  
    ALBERT A. CIARDI, III    on behalf of Defendant Marc Smith aciardi@ciardilaw.com, aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com  
    ANDREW F GORNALL    on behalf of Creditor    FDIC as Receiver for Nova Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    ANDREW F GORNALL    on behalf of Creditor    AMS SERVICING LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    CARLA A. K. JAROSZ    on behalf of Interested Party    Nationstar Mortgage, LLC CarlaJ@w-legal.com  
    DEREK J. BAKER    on behalf of Mediator DEREK BAKER dbaker@reedsmith.com  
    EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com  
    EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com  
    GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov  
    GREGORY W. FOX    on behalf of Creditor    Cetera Advisor Networks, LLC gwfox@mdwcg.com, dmgalas@mdwcg.com;efile@mdwcg.com  
    J. TIMOTHY ARNDT, III    on behalf of Creditor    Vantage Point Bank tarndt@lcslaw.com  
    JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com  
    JEFFREY KURTZMAN    on behalf of Plaintiff    WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com  
    JEFFREY KURTZMAN    on behalf of Creditor    WM Capital Partners XXXIV, LLC Kurtzman@kurtzmansteady.com  
    JONATHAN P. COHEN    on behalf of Creditor    Cetera Advisor Networks, LLC jcohen@jcohenpa.com, service@jcohenpa.com  
    MICHAEL H. REED    on behalf of Mediator Michael H. Reed reedm@pepperlaw.com, henrys@pepperlaw.com  
    STEVEN J. ADAMS    on behalf of Creditor    First Priority Bank sja@stevenslee.com, dda@stevenslee.com  
    STEVEN JOHN WHITE    on behalf of Creditor    LPL Financial, LLC swhite@stradley.com  
    TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com

```
District/off: 0313-2          User: Stacey               Page 2 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    FDIC as Receiver for Nova Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                             TOTAL: 25

Case 13-15239-jkf    Doc 242    Filed 07/22/17    Entered 07/23/17 01:02:07    Desc
Imaged Certificate of Notice    Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 7 |
| MARC SMITH, | : Bankruptcy No. 13-15239 (JKF) |
| Debtor. | : |

**ORDER DIRECTING CLERK TO DISTRIBUTE FUNDS
FROM REGISTRY OF COURT**

AND NOW, this _____ day of July, 2017, upon consideration of the motion (the "Motion") of WM Capital Partners, XXXIV, LLC for an order directing the Clerk to distribute certain unclaimed funds in the amount of $307.85, and good cause appearing for the relief requested in the Motion, and after notice and an opportunity for hearing, it is hereby

ORDERED, that the Motion be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that the Office of the Clerk shall issue a check payable to WM Capital Partners XXXIV, LLC in the amount of $307.85 and shall transmit such check to counsel for the claimant at the address set forth below:

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

**Date: July 20, 2017**

JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Terry P. Dershaw, Esquire
P.O. Box 556
Warminster, PA 18974-0341

Jeffrey Kurtzman, Esquire
**KURTZMAN | STEADY, LLC**
401 S. 2nd Street, Suite 200
Philadelphia, PA  19147